UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CV-23694-JB

BEACH SIDE APTS, LLC,

Plaintiff/Counter-Defendant,

v.

NEUE URBAN, LLC,

Defendant/Counter-Defendant.
_____/

## ORDER DENYING MOTION FOR PROTECTIVE ORDER

THIS CAUSE came before the Court upon the Motion for Protective Order (the "Motion"), filed by the Defendant, Neue Urban, LLC ("Neue Urban"). [ECF No. 124]. The Court has reviewed the Motion and heard the argument of counsel at the January 9, 2025, Discovery Hearing. For the reasons addressed below, it is **ORDERED** that the Motion [ECF No. 124] is **DENIED**.

In the Motion, Neue Urban sought an order protecting it from a Rule 30(b)(6) deposition noticed by Beach Side, LLC ("Beach Side"). In support, Neue Urban argued that the case is now moot because: 1) it filed a stipulation for the release of the $75,000.00 earnest money deposit to Beach Side [ECF No. 120]; 2) it filed a notice of voluntary dismissal with prejudice of its Second Amended Counterclaim [ECF No. 121]; and 3) it filed a notice of voluntary dismissal of some, but not all, of its affirmative defenses [ECF No. 123].

In its response, Beach Side argues that the case is not moot because its claims remain pending, including its demand for a judgment against Neue Urban, its demand for prevailing party attorney's fees pursuant to the commercial real estate purchase and sale agreement that is the subject of this action, and its demand for prejudgment interest.  In addition, Beach Side argues that

Neue Urban filed an Answer and Affirmative Defenses [ECF No. 104], in which it denied the allegations in the Complaint and asserted various affirmative defenses. Although Neue Urban has withdrawn its counterclaim, it has not withdrawn its denials of the allegations in Beach Side's Complaint and continues to maintain five affirmative defenses alleging novation, failure of condition precedent, waiver, unclean hands, and setoff. At this juncture, all issues raised in this case are not moot.

Without making a determination on the pending Motion to Dismiss, the undersigned finds that the portion of the Motion at ECF No. 124 seeking a Protective Order is **DENIED**. Neue Urban's representative shall appear for deposition by Zoom within thirty days from the date of this Order. Beach Side's questions at the deposition shall be reasonably limited in scope to the elements of its claims, the factual basis for Neue Urban's denials of the allegations in the Complaint, and the factual basis for Neue Urban's pending affirmative defenses.

**DONE AND ORDERED** in Miami, Florida, this 16th day of January, 2025.

_____
LISETTE M. REID
UNITED STATES MAGISTRATE JUDGE

cc: **U.S. District Judge Jacqueline Becerra**; and
**All Counsel of Record**